**Case No. 25-4714**

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

---

**MARK R. KIESEL LIVING TRUST, ET AL.,**

**Plaintiffs-Appellants,**

**v.**

**THOMAS HYDE,**

**Defendant/Appellee.**

---

On Appeal from the United States District Court,
Missoula Division for the District of Montana,
The Honorable Kathleen L. DeSoto, Presiding

---

**STIPULATED DISMISSAL**

---

APPEARANCES:

| | |
|---|---|
| Cory R. Laird | Ben Feuer |
| Riley M. Wavra | Jocelyn Sperling |
| LAIRD COWLEY, PLLC | COMPLEX APPELLATE LITIGATION |
| P.O. Box 4066 | GROUP LLP |
| Missoula, MT 59806-4066 | 96 Jessie Street |
| Telephone:  (406) 541-7400 | San Francisco, CA 94105 |
| Facsimile:  (406) 541-7414 | Telephone : (415) 649-6700 |
| Email:     claird@lairdcowley.com | Email:     Ben.Feuer@Calg.Com |
|              rwavra@lairdcowley.com |              Jocelyn.Sperling@Calg.Co |
| *Attorneys for Appellants* |      -and- |
| | David B. Cotner |
| | COTNER RYAN |
| | BLACKFORD, PLLC |
| | 321 W. Broadway, Suite 500 |
| | Missoula, MT 59802 |
| | Telephone:  (406) 541-1111 |
| | Email:     Dcotner@Cotnerlaw.Com |
| | *Attorneys for Appellee* |

The Parties, pursuant to Federal Rule of Appellate Procedure 42(b)(1), stipulate to the dismissal of the above-captioned appeal.  The basis for this Stipulation is as follows:

1.      The Parties have fully settled the dispute giving rise to this appeal; and

2.      Payment of costs and fees has been addressed in the Parties' settlement agreement.

RESPECTFULLY SUBMITTED this 2nd day of October, 2025.

LAIRD COWLEY, PLLC

By:   /s/ Riley M. Wavra
         Riley M. Wavra
         Attorneys for Appellants


COMPLEX APPELLATE LITIGATION GROUP, LLP

By:   /s/ Ben Feuer
         Ben Feuer
         Attorneys for Appellee